MANDATE

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of August, two thousand twenty-three,

Robynn Europe,

Plaintiff - Appellees-Cross-Appellant,

v.

Equinox Holdings, Inc., DBA Equinox Fitness Club, Equinox East 92nd Street, Inc.,

Defendants - Appellants-Cross-Appellees,

Jose Taveras, Individuallly, Christopher Maltman, individually,

Defendants.

**ORDER**
Docket No. 23-907, 23-925

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit
MANDATE ISSUED ON 08/28/2023